### 36386. TENNIS v. HINCH.

JORDAN, Presiding Justice.
This is a child custody case in which the trial court after a hearing ordered that the child be released instanter to the father-appellee who had legal custody under a judgment of the State of Illinois.

The order appealed from was issued August 23, 1979. No application for appeal has been filed pursuant to Code Ann. § 6-701.1 and the appeal must be dismissed.

*Appeal dismissed. All the Justices concur.*

SUBMITTED JUNE 20, 1980 — DECIDED
JULY 16, 1980.

*Richard D. Phillips,* for appellant.
*A. G. Wells, Jr.,* for appellee.